JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CAREY,<br><br>        Petitioner,<br>   vs.<br><br>JAMES HARTLEY, Warden -<br>Avenal State Prison,<br><br>        Respondent. | Case No. CV 11-3342-SJO (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: June 24, 2012.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE